**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CALVIN FLEMMINGS**         * | |
|                              * | |
| **Plaintiff,**               * | |
|                              * | **Civil No. PJM 09-2648** |
| **v.**                       * | |
|                              * | |
| **BILATERAL CREDIT CORP., LLC** * | |
|                              * | |
| **Defendant.**               * | |

## ORDER

A Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice [Paper No. 3] having been filed pursuant to Fed. R. Civ. P. 41(a), it is, this 12th day of November, 2009,

**ORDERED**:

(1) Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice is **APPROVED**;

(2) Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

(3) The Clerk of the Court shall **CLOSE** this case.

                                        /s/
                              **PETER J. MESSITTE
                              UNITED STATES DISTRICT JUDGE**